IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:09-00293 |
| | ) Chief Judge Haynes |
| MICHAEL J. REYNOLDS | ) |

MOTION TO RESCHEDULE REVOCATION HEARING

*[Handwritten annotation: GRANTED. This motion is granted. The hearing is reset for May 30, 2014 at 11:00am. /s/ [signature] 4-11-14]*

Comes the defendant, Michael J. Reynolds, through undersigned counsel, and hereby requests the revocation hearing, presently scheduled for Friday, April 25, 2014, at 2:30 PM, be rescheduled for at least thirty (30) days at a time that is convenient with the Court's calendar. As grounds for this request, undersigned counsel states that undersigned counsel as well as the attorney for the government are scheduled to begin trial in *United States v. James Shaub*, Case No. 3:12-00026, on April 22, 2014, before Judge Trauger. That case is expected to go to trial as scheduled. It is anticipated that the trial will last for one week.

Assistant United States Attorney, Sandra G. Moses has authorized undersigned to state that she has no opposition to this request for a continuance. A continuance of at least 30 days, to a date convenient to the Court's schedule, is requested

Respectfully submitted,

s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Michael J. Reynolds