ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-00293 |
| | ) | Magistrate Judge Cliff Knowles |
| MICHAEL J. REYNOLDS | ) | |

## MOTION FOR PERMISSION TO MOVE

On April 7, 2014, Michael J. Reynolds appeared before the Court AT an initial appearance hearing regarding a pending superseding probation violation petition (DE 61). At the hearing, the parties recommended to the Court that Mr. Reynolds be released pending the final probation hearing. After A hearing, and at the request of Mr. Reynolds, the Court amended the release conditions it imposed on March 21, 2011, and imposed the additional condition, requiring him to reside at and participate in the program at Safe Harbor of Nashville (DE 68).

Michael J. Reynolds is requesting at this time that he be allowed to participate in the Transitions Housing program and reside at their facility on McClurkan Avenue, North, Nashville, Tennessee 37206.

Both United States Probation Officer Lisa L. House and undersigned counsel have spoken with Anne Betts, Chief Executive Officer of Transitions Housing. Ms. Betts provided information about the program regarding services and treatment provided. Assistant United States Attorney Sandra G. Moses and Ms. House have authorized undersigned to state that they have no opposition to this request for permission to move.